**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-2237**

———————————

HENRY MYERS; JEROME MYERS; GLORIA MYERS,

         Plaintiffs - Appellants,

     v.

WALTER R. KAUFMANN; JOSEPH A. BROOM; BETTYE DORN, Ctr. Dir. Activebay,

         Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:10-cv-02081-RMG)

———————————

Submitted: March 31, 2011        Decided: April 4, 2011

———————————

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Henry Myers, Jerome Myers, Gloria Myers, Appellants Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Myers, Jerome Myers, and Gloria Myers appeal the district court's order dismissing their civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Myers v. Kaufmann</u>, No. 0420-2: 2:10-cv-02081-RMG (D.S.C. Oct. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>